**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7558

ERNESTO POUX, JR.,

Petitioner - Appellant,

v.

DARLENE DREW, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Henry F. Floyd, District Judge.
(4:10-cv-01684-HFF)

Submitted: March 15, 2011          Decided:  March 21, 2011

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ernesto Poux, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernesto Poux, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Poux v. Drew, No. 4:10-cv-01684-HFF (D.S.C. Oct. 25, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED